**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MALKIYAT SINGH**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **MALKIYAT SINGH,** | No.   2:22-CV-02003-JDP |
| Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |
| _____/ | |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 24, 2023.

　　This is a first extension, requested because of other briefing and work plaintiff's counsel must finish first and only extends time about one week.

[Pleading Title] - 1

Dated:   April 12, 2023                              /s/     *Jesse S. Kaplan*
                                                    JESSE S. KAPLAN
                                                    Attorney for Plaintiff


Dated:  April 12, 2023                              */s/ per e-mail authorization*

                                                    FRANCO L. BECIA
                                                    Special Assistant U.S. Attorney
                                                    Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is granted.  Plaintiff shall file his motion for summary judgment by April 24, 2023.  Defendant's time to file a cross-motion is extended accordingly.


IT IS SO ORDERED.


Dated:    April 23, 2023                            _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2