**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**MALKIYAT SINGH**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **MALKIYAT SINGH,** | No.   2:22-cv-02003-JDP |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to June 26, 2023.

This is a first extension of the reply brief. Plaintiff requested an extension to file his motion for summary judgment of approximately one week. This extension would be of five days, making the total requested extensions in this case less than two weeks. The extension is requested because

[Pleading Title] - 1

of plaintiff's counsel's hearing and prehearing briefing schedule, involving similar cases at the administrative level.

Dated:   June 18, 2023                                    /s/    *Jesse S. Kaplan*
                                                          JESSE S. KAPLAN
                                                          Attorney for Plaintiff


Dated:   June 20, 2023                                      */s/ per e-mail authorization*

                                                          JESSAMYN HANNA
                                                          Special Assistant U.S. Attorney
                                                          Attorney for Defendant


## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted. The deadline for plaintiff to file his reply is extended to June 26, 2023.

IT IS SO ORDERED.

Dated:   June 21, 2023                                    _____
                                                          JEREMY D. PETERSON
                                                          UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2